# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-9545-PA (JEM) | Date | Sept. 25, 2020 |
|---|---|---|---|
| Title | REGINALD A GARY v LOS ANGELES COUNTY SHERIFF JIM MCDONNELL, et al | | |

Present: The Honorable  John E. McDermott, United States Magistrate Judge

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL (Docket No. 52)

On September 24, 2020, Plaintiff Reginald A. Gary filed a "Notice of Motion for Discovery and Court Order, for the Full Names and Defendants Badge Numbers, for the Los Angeles Sheriff Department, Court Order for the Full Name of the Los Angeles Sheriff, Lieutenant Bedogne, and the Full Name of the Los Angeles Sheriff, Sergeant Niel and Los Angeles Sergeant Lodge, Full Name for the Service by the U.S. Marshal's Office". The Court construes this as Plaintiff's Motion to Compel ("Motion").

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.

Defendants shall file their opposition to the Motion no later October 8, 2020. Plaintiff may reply to the opposition no later than October 22, 2020. This matter will be deemed submitted on either: (a) the day the opposition is filed, or due and not filed; or (b) the day the reply is filed, or due and not filed. The parties will be notified of the Court's decision in writing.

cc: Parties

|  | : |  |
|---|---|---|
| | Initials of Preparer | slo |