# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. GARY,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFF JIM MCDONNELL, et al.,<br><br>    Defendants. | Case No. CV 18-9545-PA (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and Defendants have filed a Reply to the Objections. The Court has conducted a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected. The Objections are overruled, and the Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Defendants' Motions to Dismiss are GRANTED; and (2) Judgment shall be entered dismissing the action without leave to amend.

DATED: October 28, 2021

                                                      PERCY ANDERSON<br>                                                   UNITED STATES DISTRICT JUDGE