JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD A. GARY, | Case No. CV 18-9545-PA (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES COUNTY SHERIFF JIM MCDONNELL, et al., | |
| Defendants. | |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed without leave to amend.

DATED: October 28, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE